IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. 16-12284-G

WILLIAM L. ROBERTS, II p/k/a RICK ROSS and ANDREW HARR and JERMAINE JACKSON collectively p/k/a THE RUNNERS,

    Appellants/Cross-Appellees,

v.

STEFAN KENDAL GORDY and SKYLER AUSTEN GORDY collectively p/k/a LMFAO, KOBALT MUSIC PUBLISHING AMERICA, INC., a Delaware corporation, KIA MOTORS AMERICA, INC., a California corporation, DAVID & GOLIATH, LLC, a Delaware limited liability company, DAVID JAMAHL LISTENBEE p/k/a GOON ROCK, NU80s MUSIC, LLC, a California limited liability company, LMFAO, LLC, a California limited liability company, PARTY ROCK, LLC, a California limited liability company, and FOO & BLU, LLC, a California limited liability company,

    Appellees/Cross-Appellants.

---

**APPELLANTS' FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE APPELLANTS' <u>PRINCIPAL BRIEF AND APPENDIX</u>**

Appellants/Cross-Appellees, WILLIAM L. ROBERTS, II, p/k/a RICK

ROSS, ANDREW HARR and JERMAINE JACKSON, collectively p/k/a THE

# 2160214

CASE NO. **16-12284-G**

RUNNERS, by and through undersigned counsel and pursuant to 11th Cir. R. 31-2, respectfully request an enlargement of time of 30 days to file Appellants' Principal Brief and Appendix, and state:

    1.    Appellants move the Court for a 30-day enlargement of time for the service of their Principal Brief and Appendix. Appellants' Principal Brief is currently due on August 15, 2016, and the Appendix is due seven days thereafter, on August 22, 2016. Appellants request that these dates be enlarged by 30 days, extending the due date for Appellants' Principal Brief through and including September 14, 2016, and for the Appendix through and including September 21, 2016.

    2.    The requested enlargement of time is necessary in order for counsel to meet obligations and deadlines in this and other pending federal matters, in order to fully and properly address the multiple appellate issues and related portions of the record, and due to long-scheduled travel plans during a portion of this time period.

    3.    Pursuant to 11th Cir. R. 26-1, undersigned counsel has conferred with counsel for Appellees with regard to this Motion and is advised that Appellees have no objection to the relief sought herein.

    4.    Appellants have not sought any previous enlargements of time for the filing of their Principal Brief and Appendix, and the requested enlargement is

sought in good faith, not for purposes of delay, is in the interests of justice and will not prejudice any party.

5.      Pursuant to 11th Cir. R. 26.1-2(c), Appellants' certificate of interested persons and corporate disclosure statement ("CIP") is set forth following the signature block below.

WHEREFORE, Appellants request that the dates for the service of their Principal Brief and Appendix be enlarged by 30 days as set forth above, extending the due date for Appellants' Principal Brief through and including September 14, 2016, and for the Appendix through and including September 21, 2016.

                              Respectfully submitted,

                              GRAY ROBINSON, P.A.
                              Attorneys for Appellants/Cross-Appellees
                              333 S.E. Second Avenue, Suite 3200
                              Miami, Florida 33131
                              Karen.Stetson@gray-robinson.com
                              Phone: (305) 416-6880
                              Fax: (305) 416-6887

                              By:   /s/ Karen L. Stetson
                                      Karen L. Stetson
                                      Florida Bar No: 742937
                                      Jonathan L. Gaines
                                      Florida Bar. No. 330361

# 2160214

CASE NO. **16-12284-G**

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellants William Roberts II, Andrew Harr and Jermaine Jackson, pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1 make the following certification regarding interested persons and corporate disclosure:

Boyajian, Nina D.

Chieffo, Vincent H.

David & Goliath, LLC

Foo & Blu, LLC

Gaines, Jonathan L.

Gordy, Skyler Austen

Gordy, Stefan Kendal

GrayRobinson, P.A.

Greenberg Traurig, P.A.

Harr, Andrew

Jackson, Jermaine

Kia Motors America, Inc.

Kobalt Music Publishing America, Inc.

Listenbee, David Jamahl

LMFAO, LLC

NU80s Music, LLC

Party Rock, LLC

CASE NO. **16-12284-G**

Roberts, William L.

Rothberg, Barry L.

Scherker, Elliot H.

Simonton, Andrea M.

Stetson, Karen L.

Varela, Stephanie L.

Williams, Kathleen M.

# 2160214

**CASE NO. 16-12284-G**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF to: **ELLIOT H. SCHERKER, ESQ., VINCENT H. CHIEFFO, ESQ. and STEPHANIE L. VARELA,** Greenberg Traurig LLC, 333 S.E. Second Avenue, Suite 4400, Miami, FL 33131, this 18th day of July, 2016.

By:  /s/ Karen L. Stetson
Karen L. Stetson